**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION**<br><br>**This document relates to defendant Advance Stores Company, Inc. and Advance Auto Parts, Inc.** | 2:24-MD-03126-BMM |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES PENDING APPROVAL OF CLASS ACTION SETTLEMENT**

Defendants Advance Stores Company, Inc. and Advance Auto Parts, Inc. ("Advance") and Plaintiffs in the MDL 3126 action with claims against Advance (together "Advance and the Advance Plaintiffs") jointly provide notice to the Court that Advance and the Advance Plaintiffs have reached an agreement in principle on the material terms of a classwide settlement of all MDL 3126-related claims against Advance. Advance and the Advance Plaintiffs intend to file their settlement agreement, along with Plaintiffs' Motion for Preliminary Approval, on or before April 10, 2025.

In light of the settlement, Advance and the Advance Plaintiffs respectfully move the Court for an order staying all deadlines involving Advance and the Advance Plaintiffs, pending the filing of Plaintiffs' Motion for Preliminary Approval and thereafter Plaintiffs' Motion for Final Approval of the settlement.

RESPECTFULLY submitted this 11th day of March, 2025.

/s/ Raph Graybill
Raphael Graybill
Graybill Law Firm, PC
300 4th Street North
Great Falls, MT 59401
Tel. 406.452.8566
raph@graybilllawfirm.com

/s/ Jason Rathod
Jason S. Rathod
Migliaccio & Rathod LLP
412 H St NE, Suite 302
Washington DC 20002
Tel. 202.470.3520
jrathod@classlawdc.com

/s/ John Heenan
John Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Tel. 406.839.9091
john@lawmontana.com

/s/ Amy Keller
Amy Keller
DiCello Levitt LLP
Ten North Dearborn, Sixth Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

/s/ J. Devlan Geddes
J. Devlan Geddes
Goetz, Geddes & Gardner P.C.
35 N. Grand Ave.
Bozeman, MT 59715
Tel. 406.587.0618
devlan@goetzlawfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/ Natasha P. Jones
Natasha P. Jones
Boone Karlberg P.C.
201 West Main Street, Suite 300
Missoula, MT 59807-9199

/s/ Joshua L. Becker
Joshua L. Becker
Shook, Hardy& Bacon L.L.P.
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Tel. 404.867.6010
jbecker@shb.com

*Counsel for Advance Stores Company, Inc. and Advance Auto Parts, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 11, 2025, a true and accurate copy of the foregoing document was served by electronic mail by agreement upon all counsel of record in the above-captioned matter.

*/s/ Natasha P. Jones*
Natasha P. Jones
Boone Karlberg P.C.